UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14028-CR-MOORE

UNITED STATES OF AMERICA,

       Plaintiff(s),

vs.

MITCHELL MARION, a/k/a "Marion Mitchell," a/k/a "M&M"
#75631-004

       Defendant(s).
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Change of Plea, issued October 27, 2006 [169]. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation [169] is hereby **ADOPTED**. The defendant Mitchell Marion is hereby adjudicated guilty of the offense charged.

DONE AND ORDERED in Chambers at Miami, Florida this __4th__ day of December, 2006.

                                                K. MICHAEL MOORE
                                                UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record