UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-CR-14028-MOORE/MAYNARD

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**MITCHELL MARION,**

    **Defendant.**
_____/

### AMENDED REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSIONS TO VIOLATION NUMBERS 1 AND 3 [1]

**THIS CAUSE** having come before the Court on the pending Petition for Warrant for Offender under Supervision ("Petition") (DE 677) and this Court having convened a hearing, now recommends to the District Court as follows:

    1.    The Defendant appeared before this Court on November 12, 2020 for a hearing on the Petition. The hearing was convened via videoconference on the Zoom platform. At the hearing's outset, the Court advised the Defendant of his right to have the proceeding in person. The Defendant acknowledged that he understands that right and, after consultation with counsel, agreed to waive that right and consented to have the hearing conducted through videoconference. Having discussed the matter with the Defendant, the Court finds that his waiver of in person appearance and consent to proceed through videoconference is knowing and voluntary. The Court

---

[1] The undersigned amends the Report and Recommendation at DE 709 to reflect that Defendant was convicted in the Fifteenth Judicial Circuit in and for Palm Beach County, Florida in Case No. 20-CF-005768 of battery (Count 1) and felony abuse of disabled adult (Count 2). The Report and Recommendation at DE 709 incorrectly advised that the battery conviction was a felony, which it was not. The other change in this Amended Report and Recommendation is that the parties have agreed to an expedited objections period of five days from today's date. No other changes have been made in this Amended Report.

also finds, pursuant to the CARES Act, H.R. 788, and the Court's Administrative Orders In re: Coronavirus Public Emergency, that this hearing cannot be further delayed without serious harm to the interests of justice.

2.After consultation with his attorney, the Defendant announced to this Court that he wished to admit Violation Numbers 1 and 3 as set forth in the Petition. The Government agreed to dismiss the remaining violations at sentencing.

3.Defendant admitted the following violations:

**Violation Number 1****Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about July 12, 2020, in Palm Beach County, Florida, the defendant committed the offense of Aggravated Battery-Known or Should have known victim was pregnant, contrary to Florida Statute 784.045(1B).

**Violation Number 3****Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about July 12, 2020, in Palm Beach County, Florida, the defendant committed the offense of Abuse Elderly or Disabled Adult without Great Harm-Domestic, contrary to Florida Statute 825.102(1).

4.The Court questioned the Defendant on the record and made certain that he understood his right to an evidentiary hearing on Violation Numbers 1 and 3. The Defendant acknowledged that he understood his rights in that regard and further understands that if his admissions are accepted, all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

5.The Government proffered a factual basis for the admissions into the record. According to the proffer, Defendant was convicted in the Fifteenth Judicial Circuit in and for Palm

Beach County, Florida of battery (Count 1)[2] and felony abuse of disabled adult (Count 2) in Case No. 20-CF-005768.  These convictions resulted from crimes Defendant committed on July 12, 2020.  The victim of Defendant's battery is a person with initials R.L., who was nine months pregnant when Defendant committed battery upon her person.  The victim of Defendant's abuse on disabled adult in Count 2 is a person with initials A.L., who is legally blind and whom Defendant knew was disabled when he abused her. Defendant pleaded guilty in state court to both offenses.   The Defendant agreed to these facts on the record.  This Court finds that the facts proffered by the Government establish a sufficient basis to support Defendant's admissions to Violation Numbers 1 and 3.

6. The possible maximum penalties faced by the Defendant were read into the record by the Government, and the Defendant stated that he understood those penalties.

**ACCORDINGLY**, based upon the Defendant's admissions under oath, this Court recommends to the District Court that the Defendant be found to have violated the terms and conditions of his supervised release in respect to Violation Numbers 1 and 3 and that a sentencing hearing be set for final disposition of this matter.

The parties have agreed to a period of five days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, the United States District Judge assigned to this case.  Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

---

[2] *See* footnote 1, *supra.*

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this  18th  day of November, 2020.

_____
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE